IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KENNETH LAMOTHE JR. | § | |
| | § | |
| | § | |
| VS. | § | ACTION NO. 4:19-CV-00090-Y |
| | § | |
| U.S. BANK NATIONAL | § | |
| ASSOCIATION, ET AL. | § | |

ORDER ON MOTION FOR EXTENSION OF TIME

Before the Court is plaintiff Kenneth Lamothe Jr.'s motion for an extension of time to file an amended complaint (doc. 6). After review, the Court GRANTS the motion. Plaintiff shall have until April 3, 2019, to file an amended complaint.

SIGNED March 7, 2019.

_____
TERRY R. MEANS
UNITED STATES DISTRIC JUDGE